# Zare Khorozian Law, LLC

1047 Anderson Avenue
Fort Lee, NJ 07024
T: (201) 957-7269
F: (201) 224-9841
www.zkhorozianlaw.com
*Licensed in NJ & NY

Zare Khorozian
zare@zkhorozianlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/19
```

November 27, 2019

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Court Judge
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

**RE:** *Murphy v. Kittle House on the Hudson, LP*
Case No. 1:19-cv-07751-GHW

Dear Judge Woods:

The undersigned represents the Plaintiff, James Murphy and on behalf of all other persons similarly situated, in the above captioned action. Counsel for Plaintiff has been in contact with Defendant's counsel, although they have not yet filed an appearance in this matter. Despite, Defendant's counsel not appearing in this matter, Plaintiff requests that the Initial Conference currently scheduled for December 6, 2019 at 3:00 pm be adjourned for at least fourteen (14) days, on a date that is convenient to the court. Plaintiff further respectfully requests that the parties' deadline to file a Pre-Conference statement, and all other operative deadlines, be stayed until seven (7) calendar days before the adjourned initial conference. The purpose of this request is that Plaintiff and Defendant are working toward settling this matter and are hopeful it can be resolved prior to the adjourned initial conference. The parties met and conferred with respect to settlement on November 27, 2019, and Defendant's counsel joins in this request for the adjournment. There have been two (2) prior adjournment requests of the Initial Conference made in this matter.

We thank the Court for its time and consideration.

Respectfully submitted,

Zare Khorozian, Esq.
*Zare Khorozian*
Zare Khorozian
Zare Khorozian Law, LLC

---

Application granted. The initial pretrial conference scheduled for December 6, 2019 is adjourned to December 20, 2019 at 11:00 a.m. The joint status letter and proposed case management plan described in the Court's August 29, 2019 order are due no later than December 13, 2019. If Defendant has retained counsel in this action, counsel should promptly file a notice of appearance on the docket. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: December 2, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge