USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JAMES MURPHY, *and on behalf of all other persons similarly situated*,

                         Plaintiff,

-against-

KITTLE HOUSE ON THE HUDSON, LP,

                         Defendant.

-----------------------------------------------------------------X

1:19-cv-07751-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers. Dkt. No. 6. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith.

     Counsel for Plaintiff is directed to serve this order on Defendants and to retain proof of service.

     SO ORDERED.

Dated: December 16, 2019
         New York, New York

                                                        _____
                                                        GREGORY H. WOODS
                                                        United States District Judge